This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CHRIS ROMERO,**

    Petitioner-Appellee,

**v.**                                    **No. 33,733**

**NEW MEXICO PAROLE BOARD,**

    Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Bowles Law Firm
Robert Jason Bowles
Albuquerque, NM

for Appellee

Gary K. King, Attorney General
Michael P. Sanchez, Assistant Attorney General
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**FRY, Judge.**

{1}     Respondent appealed a writ of mandamus entered against it by the district court. We issued a notice of proposed disposition proposing to reverse due to the lack of

service of process upon Respondent. Respondent has filed a memorandum in support of the proposed disposition, and Petitioner did not file a memorandum opposing the proposed disposition. Therefore, for the reasons stated in the notice, we reverse the district court's decision in this case.

{2}     **IT IS SO ORDERED.**


_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**


_____

**RODERICK T. KENNEDY, Chief  Judge**


_____

**JAMES J. WECHSLER , Judge**